IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /bfb  D.C.

05 SEP 28 PM 12: 20

[Clerk stamp: GOULD, CLERK, U.S. DISTRICT COURT, W/D OF TN, MEMPHIS]

**UNITED STATES OF AMERICA**

V.     05-20056-10-Ma

**JESSE DREW**

## ORDER ON ARRAIGNMENT

This cause came to be heard on _Sept. 28, 2005_, the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME _Jeff Jones_ who is Retained/**Appointed**.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

___ The defendant, who is not in custody, may stand on his present bond.
_✓_ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_Diane K. Vescovo_
UNITED STATES MAGISTRATE JUDGE

CHARGES: 21:846; 21:853;

U. S. Attorney assigned to Case: T. Colthurst

Age: 33

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _9-29-05_

431

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 431 in case 2:05-CR-20056 was distributed by fax, mail, or direct printing on September 29, 2005 to the parties listed.

---

Jeffrey Jones
JONES LAW FIRM
6540 Stage
Bartlett, TN 38134

Honorable Samuel Mays
US DISTRICT COURT