IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 DEC -8 PM 5:03

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | CR. NO. 05-20056-11-Ma |
| MALLORY DREW, ) | |
| Defendant. ) | |

### ORDER ON CHANGE OF PLEA

This cause came on to be heard on December 7, 2005, the United States Attorney for this district appearing for the Government and the defendant, Mallory Drew, appearing in person and with retained counsel, Mr. Ramsdale O'DeNeal, Jr.

With leave of the Court, the defendant entered a plea of guilty to Count 1 of the Indictment. Plea colloquy was held and the Court accepted the guilty plea.

Sentencing in this matter is set for **Tuesday, March 21, 2006 at 1:30 p.m.**

The defendant is remanded to the custody of the United States Marshal.

**ENTERED** this the 8th day of December, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12-12-05

557

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 557 in case 2:05-CR-20056 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

Ramsdale O'DeNeal
O'DeNEAL LAW FIRM
423 North Highland Ave.
Jackson, TN 38301

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT